UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: Jackson, Mentoria                                    Case No. BKY: 17-33783

                                                            Chapter 13 Case

Debtor(s),

NOTICE OF HEARING AND MOTION TO
CONFIRM MODIFIED CHAPTER 13 PLAN

To: The Chapter 13 Trustee, The U.S. Trustee, and the other entities specified in Local Rule 1007-2(a):

1. The debtor(s) move(s) the court for the relief requested below and gives notice of hearing.

2. The court will hold a hearing on this motion at 10:30 a.m. on March 22, 2018, in Courtroom 2B, Warren Burger Federal Courthouse, 316 North Robert St., Saint Paul MN, 55101, before the Honorable William J. Fisher, Bankruptcy Judge.

3. Any response to this motion must be filed and served by delivery not later than five days before the time set for the hearing.

4. This court has jurisdiction over this motion pursuant to 28 U.S.C. Sections 157 and 1334, and Bankruptcy Rule 5005 and Local Rule 1070-1.  This proceeding is a core proceeding.

5. This motion arises under 11 U.S.C. Section 1329 and Bankruptcy Rule 3020.  This motion is filed under Bankruptcy Rule 9014 and Local Rules 90061 and 9013.  Movant requests the confirmation of this modified plan.

6. Debtor is modifying to provide payment in full to all secured and priority claims.

    WHEREFORE, The undersigned move the court for an order confirming their Modified Chapter 13 Plan and for such other relief as may be just and equitable.

/e/ Curtis K. Walker
Curtis K. Walker #113906
Andrew C. Walker #392525
Bennett G. Hartz #33136
Alyssa F. George #396799
Anastasia Kazmina #398419
Attorney for Debtor(s)
4356 Nicollet Ave
Minneapolis, MN 55409
(612) 824-4357

Verification. I (We) the moving party(ies) in the foregoing notice of hearing and motion, declare under penalty of perjufy that the foregoing is true and correct according to the best of my (our) knowledge, information, and belief.

Executed on: __February 13, 2018_

Signed: /s/__Mentoria Jackson

Signed: /s/_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: Jackson, Mentoria                                         Case No. BKY: 17-33783

                                                                                                                        Chapter 13 Case

Debtor(s),

MEMORANDUM OF FACTS AND LAW IN SUPPORT
OF MOTION TO CONFIRM MODIFIED CHAPTER 13 PLAN

FACTS

Debtor is modifying to provide payment in full to all secured and priority claims. .

DISCUSSION

11 U.S.C. Section 1329 allows a debtor to modify a Chapter 13 plan after confirmation providing it meets the requirements set forth elsewhere in the Bankruptcy code.  The modified plan meets these requirements.  Local Rule 3015-2(b) requires a plan to be modified by motion.

The debtor has served the motion on each entity listed on the matrix as required by the motion and has proposed a plan which meets the other requirements of the Code.  The debtor is entitled to confirmation of the modified plan.

CONCLUSION

The modified plan should be confirmed.

                                                      Respectfully submitted,

                                                             /e/ Curtis K. Walker
                                                             Curtis K. Walker #113906
                                                             Andrew C. Walker #392525
                                                             Bennett G. Hartz #33136
                                                             Alyssa F. George #396799
                                                             Anastasia Kazmina #398419
                                                             Attorney for Debtor(s)
                                                             4356 Nicollet Ave
                                                             Minneapolis, MN 55409
                                                             (612) 824-4357

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: Jackson, Mentoria						Case No. BKY: 17-33783

Chapter 13 Case

Debtor(s),

ORDER CONFIRMING CHAPTER 13 PLAN

It appears that the debtor(s) filed a plan, that the plan conforms to Local Rule 3015-1(a) and Local Form 3015-1, that copies thereof were mailed to creditors, that a meeting of creditors was held, and that no objection to the confirmation of the plan as filed or as modified by an amended plan has been made, or if made, has been withdrawn or overruled by the Court.

IT IS THEREFORE ORDERED, that the plan as filed or as modified by an amended plan is confirmed.

DATED:

_____
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: Jackson, Mentoria                                    Case No. BKY: 17-33783

                                                            Chapter 13 Case

    Debtor(s),

UNSWORN CERTIFICATE OF SERVICE

    I, Darcee McKinnon, Declare under penalty of perjury that on February 16, 2018, I mailed copies of the foregoing Modified Plan, Notice of Hearing and Motion, Memorandum of Law, and Proposed Order by first class mail, postage prepaid, or by electronic mail using ECF, to each entity named below at the address stated below for each entity.

United States Trustee
1015 U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Gregory Burrell
Chapter 13 Trustee
310 Plymouth Building
12 South Sixth Street
Minneapolis, MN 55402

All creditors on the attached list

Executed on:  February 16, 2018                    /e/ Darcee McKinnon

| | | |
|---|---|---|
| Altran Financial<br>PO Box 610<br>Sauk Rapids, MN 56379 | Messerli & Kramer<br>3033 Campus Drive Suite 250<br>Plymouth MN  55441 | St Paul Regional Water Services<br>1900 Rice Street<br>St Paul, MN 55113-6810 |
| Central Credit Services LLC<br>20 Corporate Hills Dr<br>St. Charles, MO 63301 | Midland Funding Credit Management<br>Attn Bankruptcy<br>2365 Northside Drive Suite 300<br>San Diego CA 92108 | United Hospital<br>333 N Smith Avenue<br>St Paul MN 55102 2344 |
| CenturyLink<br>PO Box 2961<br>Phoenix AZ 85062 2961 | Minnesota Department of Revenue<br>551 Bkcy Section<br>PO Box 64447<br>St Paul MN 55164 | University Park Pathologists<br>1875 Woodwinds Drive Ste 220<br>Woodbury MN 55125 2502 |
| Comcast<br>9602 S 300 W Ste B<br>Sandy, UT 84070 | Open Cities Health Center<br>PO Box 9357<br>Minneapolis, MN 55440 | Walker & Walker Law Offices, PLLC<br>4356 Nicollet Ave So<br>Minneapolis, MN 55409 |
| Credit One Bank<br>PO Box 98873<br>Las Vegas NV  89193 | Portfolio Recovery Associates LLC<br>120 Corporate Blvd Ste 400<br>Norfolk VA 23502 | Waste Management Bankruptcy Dept<br>2625 W Grandview Rd Ste 150<br>Phoenix AZ 85023 |
| Fingerhut<br>P.O. Box 166<br>Newark, NJ 07101 | Reliance Recoveries<br>PO Box 29227<br>Minneapolis, MN 55429 | |
| Geico Casualty Company<br>One Geico Center<br>Macon GA 31296-0001 | RMS<br>PO Box 361595<br>Columbus OH 43236-1595 | |
| Healtheast Care System<br>1700 University Ave 7th Floor<br>St. Paul, MN 55104<br>All general inquires | Seterus Inc.<br>Attn: Bankruptcy Department<br>PO Box 1047<br>Hartford CT  06143-1047 | |
| Impact Physical Medicine & Aqua<br>3300 County Road 10 Suite 100<br>Brooklyn Center, MN 55429 | Shapiro & Zielke<br>12550 West Frontage Road Ste 200<br>Burnsville MN  55337 | |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | St Paul Radiology PA<br>166 4th Street East<br>St Paul MN 55101 | |

REVISED 12/15

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Jackson, Mentoria

## SIGNATURE DECLARATION

**(For use in electronically filed cases only)**

Debtor(s)　　　　　　　　　　　Case No. 17-33783

___ PETITION, SCHEDULES & STATEMENTS
___ CHAPTER 13 PLAN
___ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
___ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
_X_ MODIFIED CHAPTER 13 PLAN
___ OTHER (please describe:_____)

I [WE], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic comencement of the above-referenced case is true and correct.

3. [individual debtors only] If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 2-13-18

x _X Mentoria Jackson_　　　　　　　x _____
Signature of Debtor 1 or Authorized Representative　　Signature of Debtor 2

X _Mentoria Jackson_　　　　　　　　_____
Printed Name of Debtor 1 or Authorized Representative　　Printed Name of Debtor 2